USDC - GREENBELT
'25 OCT 16 PM 4:22

WDM/DMW: USAO2025R00129

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.** PX25CR315 |
| | * | |
| **SANTOS ROMAN REYES-CRUZ** | * | **(Conspiracy to Distribute and Possess** |
| | * | **with Intent to Distribute a Controlled** |
| **Defendant.** | * | **Substance, 21 U.S.C. § 846;** |
| | * | **Distribution of Controlled Substances,** |
| | * | **21 U.S.C. § 841(a); Use and Carry a** |
| | * | **Firearm During and in Relation to a** |
| | * | **Drug Trafficking Crime,** |
| | * | **18 U.S.C. § 924(c)(a)(A); Firearms** |
| | * | **Trafficking, 18 U.S.C. § 933(a)(1);** |
| | * | **Alien in Possession of a Firearm,** |
| | * | **18 U.S.C. § 922(g)(5); Forfeiture,** |
| | * | **18 U.S.C. §§ 924(d) & 934(a),** |
| | * | **21 U.S.C. § 853, 28 U.S.C. § 2461(c)** |
| | * | |

*******

## INDICTMENT

### COUNT ONE
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland charges that:

1.     Between in or about February 1, 2025 and in or about October 3, 2025, in the

District of Maryland, the Eastern District of Virginia and elsewhere, the defendant,

### SANTOS ROMAN REYES-CRUZ,

did knowingly combine, conspire, confederate and agree with  others, known and unknown to

the Grand Jury, to distribute and possess with intent to distribute: a mixture and substance

containing a detectable amount of containing a detectable amount of N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled

substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a).

2.      The  amounts involved in the conspiracy attributable to **REYES-CRUZ** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was at least 40 grams or more containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a) and (b)(1)(B)(vi).

21 U.S.C. § 846

## COUNT TWO
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about February 6, 2025, in the District of Maryland, the defendant,

### SANTOS ROMAN REYES-CRUZ,

did knowingly distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
18 U.S.C. § 2

3

## COUNT THREE
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about March 12, 2025, in the District of Maryland, the defendant,

### SANTOS ROMAN REYES-CRUZ,

did knowingly and willfully distribute and cause to be distributed a mixture and substance

containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide,

commonly known as fentanyl, a Schedule II controlled substance, and a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
18 U.S.C. § 2

## COUNT FOUR
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about April 9, 2025, in the District of Maryland, the defendant,

### SANTOS ROMAN REYES-CRUZ,

did knowingly and willfully distribute and cause to be distributed a mixture and substance

containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide,

commonly known as fentanyl, a Schedule II controlled substance, and a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
18 U.S.C. § 2

## COUNT FIVE
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about May 15, 2025, in the District of Maryland, the defendant,

**SANTOS ROMAN REYES-CRUZ,**

did knowingly and willfully distribute and cause to be distributed a mixture and substance

containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide,

commonly known as fentanyl, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
18 U.S.C. § 2

## COUNT SIX
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about June 13, 2025, in the District of Maryland, the defendant,

### SANTOS ROMAN REYES-CRUZ,

did knowingly and willfully distribute and cause to be distributed a mixture and substance

containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide,

commonly known as fentanyl, a Schedule II controlled substance, and a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
18 U.S.C. § 2

## COUNT SEVEN
### (Use and Carry a Firearm During and in Relation to a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about June 13, 2025, in the District of Maryland, the defendant,

### SANTOS ROMAN REYES-CRUZ,

did knowingly use and carry a firearm—that is, (1) An Aero Precision X15 AR-Pistol, 5.56 caliber; (2) a Romarm/Cugir Micro Drago Pistol, 7.62 Caliber; (3) a Ruger SR9 Pistol, 9mm; and (4) a Glock GMBH 17 pistol, 9mm—during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States—that is, Possession with the Intent to Distribute Controlled Substances, as charged in Count Six of this Indictment.

18 U.S.C. § 924(c)(1)(A)

## COUNT EIGHT
### (Firearms Trafficking)

The Grand Jury for the District of Maryland further charges that:

On or about June 13, 2025, in the District of Maryland, and elsewhere, the defendant,

### SANTOS ROMAN REYES-CRUZ,

did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms—that is

(1) one Aero Precision X15 AR-type 5.56 caliber pistol; (2) one Romarm/Cugir Micro Draco

7.62 caliber pistol; (3) one Ruger SR9 9mm pistol; and (4) one Glock Model 17 9mm caliber

pistol to Individual-1, in or otherwise affecting interstate and foreign commerce, knowing and

having reasonable cause to believe that the use, carrying, and possession of a firearm by

Individual-1 would constitute a felony, to wit, a violation of Maryland Code Ann., Public Safety,

§§ 5-117.1(c) & 5-144 and 18 U.S.C. § 922(g)(1).

18 U.S.C. § 933(a)(1)

9

## COUNT NINE
### (Firearms Trafficking)

The Grand Jury for the District of Maryland further charges that:

On or about August 5, 2025, in the District of Maryland, and elsewhere, the defendant,

### SANTOS ROMAN REYES-CRUZ,

did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms—that is (1) one ABC Rifle Company, Model ABC-15, .300 blackout caliber, AR- type pistol; (2) one Taurus Model G2C 9mm pistol; (3) one Glock Model 19 Gen. 5 9mm pistol; and (4) one Sig Sauer Model P320 M18 9mm pistol to Individual-2, in or otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by Individual-2 would constitute a felony, to wit, a violation of Maryland Code Ann., Public Safety, §§ 5-117.1(c) & 5-144 and 18 U.S.C. § 922(g)(5).

18 U.S.C. § 933(a)(1)

## COUNT TEN
**(Firearms Trafficking)**

The Grand Jury for the District of Maryland further charges that:

On or about September 11, 2025, in the District of Maryland, and elsewhere, the defendant,

**SANTOS ROMAN REYES-CRUZ,**

did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms—that is (1) one Smith and Wesson M&P 9 Shield Plus 9mm pistol; (2) one Smith and Wesson SD9 9mm pistol; (3) one Taurus G2C 9mm pistol; and (4) one Smith and Wesson M&P 9 Shield 9mm pistol to Individual-2, in or otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by Individual-2 would constitute a felony, to wit, a violation of Maryland Code Ann., Public Safety, §§ 5-117.1(c) & 5-144 and 18 U.S.C. § 922(g)(5).

18 U.S.C. § 933(a)(1)

## COUNT ELEVEN
### (Alien in Possession of a Firearm)

The Grand Jury for the District of Maryland further charges that:

On or about June 13, 2025, in the District of Maryland, the defendant,

## SANTOS ROMAN REYES-CRUZ,

being an alien illegally and unlawfully in the United States, and knowing that he was an alien

illegally and unlawfully in the United States, knowingly possessed, in and affecting commerce,

the following firearms: (1) one Aero Precision X15 AR-type 5.56 caliber pistol; (2) one

Romarm/Cugir Micro Draco 7.62 caliber pistol; (3) one Ruger SR9 9mm pistol; and (4) one

Glock Model 17 9mm caliber pistol.

18 U.S.C. § 922(g)(5)

## COUNT TWELVE
### (Alien in Possession of a Firearm)

The Grand Jury for the District of Maryland further charges that:

On or about August 5, 2025, in the District of Maryland, the defendant,

### SANTOS ROMAN REYES-CRUZ,

being an alien illegally and unlawfully in the United States, and knowing that he was an alien

illegally and unlawfully in the United States, knowingly possessed, in and affecting commerce,

the following firearms: (1) one ABC Rifle Company, Model ABC-15, .300 blackout caliber, AR-

type pistol; (2) one Taurus Model G2C 9mm pistol; (3) one Glock Model 19 Gen. 5 9mm pistol;

and (4) one Sig Sauer Model P320 M18 9mm pistol.

18 U.S.C. § 922(g)(5)

13

## COUNT THIRTEEN
### (Alien in Possession of a Firearm)

The Grand Jury for the District of Maryland further charges that:

On or about September 11, 2025, in the District of Maryland, the defendant,

### SANTOS ROMAN REYES-CRUZ,

being an alien illegally and unlawfully in the United States, and knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed, in and affecting commerce, the following firearms: (1) one Smith and Wesson M&P 9 Shield Plus 9mm pistol; (2) one Smith and Wesson SD9 9mm pistol; (3) one Taurus G2C 9mm pistol; and (4) one Smith and Wesson M&P 9 Shield 9mm pistol.

18 U.S.C. § 922(g)(5)

**FORFEITURE ALLEGATION**

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, 18 U.S.C. § 924(d), 18 U.S.C. § 934, and 28 U.S.C. § 2461(c), in the event of the defendant's convictions of the offenses set forth in Counts One through Thirteen of this Indictment.

**Narcotics Forfeiture**

2.      Upon conviction of the offenses set forth in Counts One through Six of this Indictment, the defendant,

**SANTOS ROMAN REYES-CRUZ,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a): (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and (b) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

**Firearms and Ammunition Forfeiture**

3.      Upon conviction of the offenses set forth in Counts Seven through Thirteen of this Indictment, and incorporated here, the defendant,

**SANTOS ROMAN REYES-CRUZ,**

shall forfeit to the United States, pursuant to 18 U.S.C. §§ 924(d) and 934, and 28 U.S.C. § 2461(c): (1) any firearms and ammunition involved in the offenses, (2) any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offenses described in Count Eight, Count Nine, and Count Ten, and (3) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses described in Count Eight, Count Nine, and Count Ten.

15

## Property Subject to Forfeiture

4.     The property subject to forfeiture shall include, but is not limited to:

    a.     Aero Precision X15 AR-type 5.56 caliber pistol, serial number x385599;

    b.     Romarm/Cugir Micro Draco 7.62 caliber pistol, serial number ROA 22 PMD-36280;

    c.     Ruger SR9 9mm pistol, serial number 335-03503;

    d.     Glock Model 17 9mm caliber pistol, serial number AGNC918;

    e.     ABC Rifle Company, Model ABC-15, .300 blackout caliber, AR-type pistol, serial number 778377;

    f.     Taurus Model G2C 9mm pistol, serial number ABJ889944;

    g.     Glock Model 19 Gen. 5 9mm pistol, serial number BTXS010;

    h.     Sig Sauer Model P320 M18 9mm pistol, serial number M18A197189;

    i.     Smith and Wesson M&P 9 Shield Plus 9mm pistol, serial number JNZ4622;

    j.     Smith and Wesson SD9 9mm pistol, serial number EFF4386;

    k.     Taurus G2C 9mm pistol, serial number ACM658912; and

    l.     Smith and Wesson M&P 9 Shield 9mm pistol, serial number jCR2501.

## Substitute Assets

5.     If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third person;

    c.     has been placed beyond the jurisdiction of the Court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be subdivided

            without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the

property described herein pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C.

§ 2461(c).

18 U.S.C. § 924(d)
18 U.S.C. § 934
21 U.S.C. § 853
28 U.S.C. § 2461(c)

*Kelly O. Hayes / WDM*

Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date:  October 16, 2025

17